IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON SALAZAR,

    Petitioner,

v.

                                                No. CV 19-662 JCH/CG
                                                No. CR 18-1104 JCH

UNITED STATES OF AMERICA,

    Respondent.

### ORDER GRANTING PETITIONER'S MOTION TO EXTEND

**THIS MATTER** is before the Court on Petitioner's *Unopposed Motion for Fourteen Day Continuance of Deadline to File an Amended Motion to Vacate or Correct his Sentence Pursuant to 28 U.S.C. §2255* (the "Motion"), (Doc. 5), filed April 30, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that counsel for Petitioner may amend his motion to vacate or correct his sentence on or before **May 18, 2020**.

**IT IS FURTHER ORDERED** that the United States shall file an Answer to Petitioner's Amended Motion no later than **June 17, 2020**. Petitioner may file a Reply in support of his Amended Motion no later than **July 1, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE